■ RUTH RANALLO, Respondent, v. WILLIAM J. RANALLO, Appellant.—In an action for separation, the appeal is from an order granting, inter alia, temporary alimony and a counsel fee. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ ELSIE SMITH et al., Appellants, v. MARY SWET, Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from a judgment dismissing the complaint after trial before the court without a jury. It appears that the appellant Elsie Smith, an occupant of an apartment in a two-family house, leaned against a porch railing and fell because, inferentially, the railing collapsed. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ REGINA SMITH et al., Appellants, v. TROY GARDENS, INC., Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from an order dismissing the complaint for lack of prosecution. Order unanimously affirmed, without costs. On this record, we are unable to say that Special Term clearly abused its discretion. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ SPAN-O-LIFE BATTERY COMPANY OF NEW YORK, INC., Respondent, v. BILL MEISNER, Doing Business as THE AUTO CENTER, Appellant.— In an action to recover $1,963.86, the balance alleged to be due for goods sold and delivered, the answer, a general denial, contained five counterclaims. The appeal is from a judgment entered on an order granting partial summary judgment in favor of respondent for $575.40, dismissing the second and third counterclaims, and severing the action as to the balance of the claim set forth in the complaint and the answer with respect thereto and the remaining counterclaims. Judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

## (November 25, 1957)

■ In the Matter of the Application of J. PETER GRACE, JR., et al., Respondents, for the Removal of MICHAEL P. GRACE, II, as Cocommitteeman of the Property of JANET M. GRACE, an Incompetent Person, Appellant, GRACE NATIONAL BANK OF NEW YORK et al., Respondents.— Motion referred to the court that rendered the decision of October 7, 1957. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Motion to amend the order of this court dated June 17, 1957, or for other relief, granted to the extent of extending appellant's time to file his final account until 30 days after the entry of the order hereon. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See ante, p. 874.]